Stanley v 1854 Cedar Ave. Hous. Dev. Fund Corp. (2023 NY Slip Op 04181)

Stanley v 1854 Cedar Ave. Hous. Dev. Fund Corp.

2023 NY Slip Op 04181

Decided on August 03, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: August 03, 2023

Before: Renwick, P.J., Kapnick, Gesmer, Pitt-Burke, Higgitt, JJ. 

Index No. 24782/18E Appeal No. 207 Case No. 2022-05716 

[*1]Bravid Stanley etc., Plaintiff-Respondent,
v
1854 Cedar Avenue Housing Development Fund Corporation et al., Defendants-Appellants.

Rutherford & Christie LLP, New York (David S. Rutherford of counsel), for appellants.
Leav & Steinberg, LLP, New York (Daniel Leav of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Leticia M. Ramirez, J.), entered on or about December 05, 2022,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 26, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: August 3, 2023